IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
DEC - 4 2018
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

TOMMY L. DAVIS

Case No. 2:18mj522
Court Date: January 7, 2019

## CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 6882619

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 18, 2018, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TOMMY L. DAVIS, did drive a motor vehicle on a highway at a speed of twenty (20) miles per hour or more in excess of the posted speed limit.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Title 46.2, Code of Virginia, Section 862).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


3 December 2018
Date